RUBEL, Respondent, v. LEBOLT & CO., Appellants. (Supreme Court, Appellate Divi-

sion, First Department. December 19, 1913.) Action by Max Rubel against Lebolt & Co. H. R. Limburg, of New York City, for appellants. M. B. Blumenthal, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

SCOTT, J., dissents.